IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| SHAKOYA HOLT, <br> ASHLEY MCNAIR <br> TENISHA JONES <br> TENISHA BARNES <br> CRYSTAL MCCABE <br> ANQUONETTE BAZEMORE <br> TAMMIKA PATTERSON <br> ASHLEY PICKENS <br> KIMBERLY BONEY <br><br>      Plaintiffs, <br><br> v. <br><br><br> CORK AND BULL RESTAURANT, <br> INCORPORATED <br> M&M HOSPITALITY GROUP, LLC <br> ANDREW LEWIS, <br> and <br> DALLAS WALTON, <br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **COMPLAINT** <br> ) Civil Action No.  2:26-cv-75 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** |

The Plaintiffs, Shakoya Holt, Ashley McNair, Tenisha Jones, Tenisha Barnes, Crystal McCabe, Anquonette Bazemore, Tammika Patterson, Ashley Pickens, and Kimberly Boney, state the following for their Complaint against M&M Hospitality Group, LLC, Cork and Bull Restaurant, Incorporated, Andrew Lewis and Dallas Walton, all of whom were involved in the events alleged herein:

## INTRODUCTION

1. This is a civil rights action arising from the wrongful removal, racial stereotyping, denial of service, and verbal assault of Plaintiffs—African American women—by employees of a company-owned restaurant in Chesapeake, Virginia.

2. Plaintiffs were lawful, paying patrons who were expelled from Defendants' restaurant solely because of racialized assumptions, despite having no involvement whatsoever in a physical altercation that occurred between unrelated customers.

3. Defendants' conduct interfered with Plaintiffs' federal statutory right to make and enforce contracts free from racial discrimination, violated public-accommodation protections, and caused severe emotional distress, humiliation, and lasting harm.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law, including 42 U.S.C. § 1981 and 42 U.S.C. § 2000a.

5. This Court has supplemental jurisdiction over Plaintiffs' state-law claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in this District and Defendants operate and conduct business here.

## PARTIES

7. Plaintiffs, Shakoya Holt, Ashley McNair, Tenisha Jones, Tenisha Barnes, Crystal McCabe, Anquonette Bazemore, Tammika Patterson, Ashley Pickens, and Kimberly Boney, are African American women who reside in Virginia. Plaintiffs were patrons of the Defendants on November 6, 2025.  Plaintiffs bring this action collectively.

8. Respondent Cork and Bull Restaurant, Incorporated is a restaurant located in Chesapeake, Virginia and is a place of public accommodation.

9. Respondent M&M Hospitality Group, LLC is the parent and operating entity of Cork and Bull Restaurant, Incorporated and exercises direct control over management, policies, training, and operations.

10. At all relevant times, Defendants' employees - including managers and kitchen staff - were acting within the scope of their employment and in furtherance of Defendants' business interests.

## STATEMENT OF FACTS

11. On November 6, 2025, Plaintiffs gathered at Cork and Bull Restaurant for a long-standing monthly dinner tradition.

12. Plaintiffs arrived, were seated together, and placed drink orders with their server, forming a valid and enforceable customer contract.

13. Plaintiffs were dressed uniformly in white tops and denim bottoms, making them visibly distinguishable from all other patrons.

14. Without warning, a physical altercation broke out between two unrelated African American women at a separate table.

15. The altercation spilled into a common area near Plaintiffs' table.

16. Some of the Plaintiffs, frightened by the disturbance, stood up and moved away from the altercation to seek safety.

17. Plaintiffs did not know the individuals involved and had no involvement in the fight.

18. Defendant's manager, Andrew Lewis, yelled for someone to "call the police."

19. Before police arrived, Lewis approached Plaintiffs and informed them they would not be served.

20. When Plaintiffs asked why, Lewis stated: "Because you all like to fight."

21. Plaintiffs immediately denied any involvement.

22. Lewis responded that he "trusted his team," despite being told by staff that Plaintiffs were not involved.

23. Police later arrived and confirmed through investigation that Plaintiffs had no involvement in the altercation.

24. Police permitted Plaintiffs to retrieve their belongings.

25. While doing so, Defendant's chef, Dallas Walton, approached Plaintiffs aggressively.

26. Walton stated: "I run this [expletive]" and "Get the [expletive] out."

27. Walton's statements were loud, hostile, and humiliating.

28. Other patrons expressed sympathy toward Plaintiffs and left the restaurant in protest.

29. Plaintiffs were the only patrons expelled, despite others being closer to the altercation.

30. Plaintiffs suffered public humiliation, emotional trauma, anxiety, and fear of dining out.

31. At least one Plaintiff required medical treatment for stress; others sought mental-health counseling.

## CLAIMS FOR RELIEF

### COUNT I
### Violation of 42 U.S.C. § 1981
(Against All Defendants)

32. Plaintiffs incorporate all other allegations in this Complaint as if fully restated here.

33. Plaintiffs are members of a racial minority.

34. Defendants intentionally discriminated against Plaintiffs on the basis of race.

35. Defendants interfered with Plaintiffs' right to make and enforce a contract for restaurant services.

36. Defendants' actions were malicious, reckless, and showed conscious disregard for Plaintiffs' federally protected rights.

37. Plaintiffs suffered damages as a direct and proximate result.

**COUNT II**
**Title II – Public Accommodations**
**Violation of 42 U.S.C. § 2000a**
(Against Defendants M&M Corporation and Cork and Bull Restaurant, Inc.)

39. Plaintiffs incorporate all other allegations in this Complaint as if fully restated here.

40. Defendants operate a place of public accommodation.

41. Plaintiffs were denied full and equal enjoyment of services based on race.

42. Plaintiffs seek declaratory and injunctive relief to prevent recurrence.

**COUNT III**
**Respondeat Superior / Vicarious Liability**
(Against Defendants M&M Corporation and Cork and Bull Restaurant, Inc.)

42. Plaintiffs incorporate all other allegations in this Complaint as if fully restated here.

43. Defendants are liable for the acts of their employees, including Lewis and Walton.

44. The conduct occurred within the scope of employment.

**COUNT IV**
**Negligent Hiring, Training, and Supervision**
**Violation of Virginia Law**
(Against Defendants M&M Corporation and Cork and Bull Restaurant, Inc.)

44. Plaintiffs incorporate all other allegations in this Complaint as if fully restated here.

45. Defendants owed Plaintiffs a duty of care.

46. Defendants breached that duty by failing to train and supervise employees.

47. Plaintiffs suffered foreseeable harm.

## COUNT V
### Intentional Infliction of Emotional Distress
### Violation of Virginia Law
(Against All Defendants)

47. Plaintiffs incorporate all other allegations in this Complaint as if fully restated here.

48. Defendants' conduct was outrageous and intolerable.

49. Defendants acted intentionally or recklessly.

50. Plaintiffs suffered severe emotional distress.

## JURY DEMAND

51. Plaintiffs hereby demand a trial by jury for all issues triable by jury.

## PRAYER FOR RELIEF

52. Plaintiffs seek an order requiring Defendants to pay compensatory damages caused by their misconduct in the amount of $5,000,000, jointly and severally.

53. Plaintiffs seek punitive damages for malicious and reckless conduct.

54. Plaintiffs seek attorneys' fees and costs under 42 U.S.C. § 1988.

[*Signature Block on Next Page*]

DATED this 20th day of January, 2026.

Respectfully submitted,

SHAKOYA HOLT, ET AL.
By:

_____/s_____
Joyvan Malbon-Griffin, Esq.
Virginia State Bar Number: 80640
JMG Law, PLLC
P.O. Box 2141
Chesapeake, VA 23327
(347) 746-2354 O
(757) 900-6010 F
jmg@jmglegal.com
**COUNSEL FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Jessica G. Mason, Esq.
Attorney for Cork and Bull Restaurant, Incorporated
Foley and Lardner, LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002

M&M Hospitality Group, LLC
c/o William J. Overton, Registered Agent
5859 Harbour View Blvd., Ste. 300
Suffolk, VA 23435-3287

Andrew Lewis
600 Belaire Avenue
Chesapeake, VA 23320

Dallas Walton
600 Belaire Avenue
Chesapeake, VA 23320

_____/s_____

Joyvan Malbon-Griffin, Esq.
Virginia State Bar Number: 80640
JMG Law, PLLC
P.O. Box 2141
Chesapeake, VA 23327
(347) 746-2354 O
(757) 900-6010 F
jmg@jmglegal.com
**COUNSEL FOR THE
PLAINTIFFS**