UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SHAKOYA HOLT, *et al.*,

Plaintiffs,

v.

CORK AND BULL RESTAURANT, INC., *et al.*,

Defendants.

Case No. 2:26cv75

**ORDER**

Pending before the Court is: (1) a Motion to Dismiss Counts IV and V of Plaintiffs' Complaint filed by Defendants Cork and Bull Restaurant, Inc. ("C&B"), Andrew Lewis ("Mr. Lewis"), and Dallas Walton ("Mr. Walton") (ECF No. 7), accompanied by a memorandum in support (ECF No. 8); and (2) a Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed by Defendant M&M Hospitality Group, LLC ("M&M") (ECF No. 17)[1], accompanied by a memorandum in support (ECF No. 18) (the "Motions"). On February 24, 2026, Plaintiffs responded to the Motions and, in addition to addressing the arguments raised therein, requested leave to amend the complaint under Federal Rule of Civil Procedure 15(a)(2). Pls.' Resp., ECF Nos. 20, 21.

On January 20, 2026, Plaintiffs filed a Complaint alleging the following counts: (1) violation of 42 U.S.C. § 1981; (2) violation of 42 U.S.C. § 2000a; (3) the doctrines

[1] On May 8, 2026, M&M requested a hearing on this Motion. Req., ECF No. 27.

of respondeat superior and vicarious liability under Virginia law; (4) negligent hiring, training, and supervision under Virginia law; and (5) intentional infliction of emotional distress ("IIED") under Virginia law. Compl., ECF No. 1.

On May 5, 2026, the Motions were referred to United States Magistrate Judge Robert J. Krask for Report and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B). Order, ECF No. 26. On July 10, 2026, Judge Krask filed a Report and Recommendation (the ”R&R”), wherein he recommended granting the Motions. R&R, ECF No. 28. Plaintiffs timely filed objections to the R&R. ECF No. 29. Defendants responded to Plaintiffs' objections on July 30, 2026. Defs.' Resp., ECF Nos. 30, 31.

Having reviewed the record and examined the objections filed by Plaintiffs to the R&R, and having made *de novo* findings with respect to the portions objected to, the Court does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the R&R issued on July 10, 2026 (ECF No. 28).

It is, therefore, **ORDERED**:

1. M&M's Motion to Dismiss Counts I through V of the Complaint (ECF No. 17) is **GRANTED**;

2. Count I through IV are **DISMISSED** as against M&M and M&M is **DISMISSED** as a party;

3. M&M's request for a hearing (ECF No. 27) is **DENIED**;

4. C&B, Mr. Lewis, and Mr. Walton's Motion to Dismiss Counts IV and V (ECF No. 7) is **GRANTED**;

5. Counts IV and V are **DISMISSED** as against C&B, Mr. Lewis and Mr. Walton[2]; and

6. Plaintiffs' request for leave to amend the Complaint (ECF Nos. 20, 21) is **DENIED**.

The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
Senior United States District Judge

August 19, 2026
Norfolk, Virginia

[2] Counts I through III remain pending against C&B, Mr. Lewis, and Mr. Walton.